UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARADISE MORGAN,

                            Plaintiff,      24 Civ. 4127 (LGS)

              -against-                  ORDER

CHAMPAGNE CAMPAIGN, INC.,

                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs. Any pending motions are DENIED as moot, and all conferences are CANCELED.

    The Clerk of Court is respectfully directed to close the case.

Dated: October 7, 2024
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**